## Jimmy BELL, Movant/Appellant,

### v.

## STATE of Missouri, Respondent.

### No. ED 101408

Missouri Court of Appeals,
Eastern District,
Division Two.

FILED: March 10, 2014

Gwenda Renee Robinson, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### *ORDER*

### PER CURIAM

Jimmy Bell (Movant) appeals from the motion court's Findings of Fact and Conclusions of Law on Movant's Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence denying Movant's Rule 29.15 claims for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).